[No. 2700–2.   Division Two.   September 12, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL CAVANAUGH, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. C–2546, Robert J. Bryan, J., entered January 7, 1977. *Affirmed* by unpublished opinion per Dore, J., concurred in by Pearson, C.J., and Reed, J.

[No. 5497–1.   Division One.   September 18, 1978.]

LASZLO JOSEPH KOVACS, *Appellant,* v. GROUP HEALTH COOPERATIVE OF PUGET SOUND, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 796387, James W. Mifflin, J., entered December 1, 1976. *Reversed* by unpublished opinion per James, J., concurred in by Andersen, A.C.J., and Williams, J.

[No. 5522–1.   Division One.   September 18, 1978.]

DONALD MURPHY, ET AL, *Appellants,* v. CAMPBELL INVESTMENT COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 42712, Byron L. Swedberg, J., entered March 21, 1977. *Affirmed* by unpublished opinion per Andersen, A.C.J., concurred in by James and Williams, JJ.